UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:08-cr-13-01 SEB-MGN |
| vs. | ) | |
| | ) | |
| LARRY A. CHEZEM, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER DENYING DEFENDANT'S MOTION FOR EARLY
TERMINATION OF SUPERVISED RELEASE**
(Docket No. 4)

Defendant was charged and convicted in the United States District Court for the District of Montana of the crime of conspiracy to possess illegal firearms. Sentence was imposed by the Honorable Judge Donald W. Molloy, including a term of incarceration followed by a three (3) year period of supervised release later calculated by the United States Probation Office to run from the dates of February 14, 2008, to February 13, 2011.

Although Defendant was charged and convicted in Montana, he resides in the Southern District of Indiana and, thus, this Court was asked to accept jurisdiction over Defendant as a supervised releasee, pursuant to 18 U.S.C. § 3605, which it did effective August 22, 2008. A little more than one year later, on September 8, 2009, Defendant moved this Court for the immediate termination of his supervised release on the grounds that:

1. Other than the "one incident" for which he was convicted in the District of Montana, he has been a completely "law-abiding person;"

2. According to Defendant, Judge Molloy does not believe he will

1

       commit any other crimes in the future;

3.     Defendant's sister, who resides in Alexandria, Kentucky has recently been diagnosed with a terminal illness and Defendant wishes to be able to travel freely to visit her; and

4.     Defendant owns his own home, has supportive neighbors, is self-employed, and has a good professional reputation in the Ripley and Jefferson County area.

The Court, having given careful consideration to all of the briefings, including Defendant's motion, the Government's response in opposition, and Defendant's reply, now **DENIES** Defendant's motion. While the Court is certainly pleased that Defendant has successfully completed more than half of the term of supervised release imposed and wishes him continued success, the Montana court was much more familiar with Defendant's background and personal circumstances, the facts surrounding the crime for which he was convicted, and the amount of supervision needed to assist him in integrating back into the community. This Court, based on its more limited knowledge of Defendant, is reluctant to reconsider the Montana court's judgment, and it finds the Government's objections persuasive.

Although Defendant's motion is denied, Defendant should be reassured that his ongoing supervised release should not impede visits with his sister. The Court is confident that the assigned United States Probation Officer will work with Defendant to insure that, with appropriate notification of his travel plans, frequent visits with his sister can easily be arranged.

    IT IS SO ORDERED.

Date: ___11/09/2009

                                                  SARAH EVANS BARKER, JUDGE
                                                  United States District Court
                                                  Southern District of Indiana

Copies to:

Larry Chezem
167 S. Marion St.
Holton, IN 47023

Christina McKee
United States Attorney's Office
10 W. Market St.
Suite 2100
Indianapolis, IN 46204

Kris McLean
United States Attorney's Office
P.O. Box 8329
Missoula, Montana 59807

United States Probation Office
ATTN: Todd Schaefer